# UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re )
**Rachel Jo Grant** ) Case No. **13−32293−rld13**
**Byron Chadwick Grant** )
)
) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

*Aaron Vashela*
Attorney: ~~MARK A DITTON~~    Trustee: Wayne Godare

**Present:** Debtor ( ) Jt. Debtor ( ) Attorney ( )        Conf. Hrg Date/Time:  08/29/2013  01:30 PM

**Creditors In Attendance:** _____

---

✓ *With a 3-yr. bar to refiling*

✓ **Dismiss Since:**_____(1) Payments Not Received by Trustee  ✓ (2) Domestic Support Obligations Not Current
_____ (3) Trustee OBJ. TO CONF.; OR _____(4) Grant Motion to Dismiss from_____

_____**Enter Confirmation Order:**_____ Subject to Objections W/In _____ Days By_____
_____ Enter OCP Order _____ Fee Reduction _____ Send Letter

_____**Enter Order: Denying Confirm**_____ Days to File Amended Plan
Reason: _____ (1) Unable to Comply _____ (2) More Than 36/60 Mo. _____ (3) Debtor wants to File Amended Plan
(4) _____

_____**Enter Order re Tax Returns Owed:**_____ IRS _____ ODR _____ OTHER: _____
Returns Due Within _____ Days

_____**Enter Service Order** _____ Fee Reduction _____ Send Letter

_____**Adjourn Confirmation Hearing:**_____ Notice given in Ct.; <u>OR</u> Notify _____ (1) All Interested Parties:
or _____ (2) Debtor, Attorney, Trustee, Objecting Creditors and _____
Date, etc: _____ Evidentiary _____ Hours _____ Bend: _____

**Objecting Creditor:** _____
Value: _____ D_____ C_____ Feasibility:_____ Good Faith: _____
_____ D_____ C_____ Failure to Make Postpetition Payments: _____
Int
Rate: _____ D_____ C_____ Failure to Assume or Reject Executory Contract: _____
_____
_____

**Objecting Creditor:** _____
Value: _____ D_____ C_____ Feasibility:_____ Good Faith: _____
_____ D_____ C_____ Failure to Make Postpetition Payments: _____
Int
Rate: _____ D_____ C_____ Failure to Assume or Reject Executory Contract: _____

*TR obj outstanding.*