Below is an Order of the Court.

						RANDALL L. DUNN
						U.S. Bankruptcy Judge

ODD (6/29/12) dda

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Rachel Jo Grant**
**Byron Chadwick Grant**
Debtor(s)

Case No. **13–32293–rld13**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

**In addition to other objections, the trustee's motion to dismiss this case is granted as the debtor(s) failed to make all plan payment(s) by the required deadline(s) and the debtor(s) have filed multiple cases.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes; and the Court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further Court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The Court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid filing fees are paid in full.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtors and codebtors and their property are no longer in effect; and creditors should now look directly to the debtors for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

7. The debtors are prohibited from filing any further proceedings under the Bankruptcy Code for a period of three (3) years from the date of this order.

						###