June 16, 2015

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JUN 17 2015

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

Judge Randall Dunn,

    On April 16, 2013, my now ex-husband and I filed bankruptcy, case 13-32293. In May 2013 we separated. We came to an agreement that Byron would have a wage order to make the payments until I returned to work in September 2013. I received a copy of the wage order for his employer to send the payments to the trustee. Two months later I was notified that the payments had not been made. I could not come up with enough money to make the payments and the case was dismissed. Because we had filed previous cases, there was a stipulation that if that case was dismissed there would be a three year wait before another case could be filed. Now our divorce is final and I had hoped to take care of my debt. However, I am being garnished for bills that were ordered to Byron in the divorce. I am writing you in hope that you will overturn the stipulation and allow me to file bankruptcy now, so I can support myself and my daughter. If you do grant me this request, know that this will be the final bankruptcy I will ever file. I have enclosed a self-addressed, stamped envelope for your response.

Sincerely,

*Rachel Grant*
Rachel Grant